UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL DILLON,
and TRACY DILLON,

        Plaintiffs,

v.                                                  Case No. 18-cv-510-pp

TRANS UNION LLC, and
PROFESSIONAL COLLECTORS CORPORATION,

        Defendants.

---

**ORDER**

---

On June 7, 2018, the parties filed a stipulation of dismissal as to defendant Professional Collectors Corporation. The court **APPROVES** the stipulation and **ORDERS** that the case as to Professional Collectors only is **DISMISSED** with prejudice, on the merits, and without costs or disbursements to any of the parties.

Dated in Milwaukee, Wisconsin this 15th day of June, 2018.

                                              **BY THE COURT:**

                                              _____
                                              **HON. PAMELA PEPPER**
                                              **United States District Judge**